IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO R. GONZALES,

        Petitioner,               No. CIV S-07-1648 LEW KJM P

    vs.

R.J. SUBIA,

        Respondent.         FINDINGS AND RECOMMENDATIONS

                                  /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee in the District Court for the Northern District of California, which transferred the case here.

        Petitioner's petition was filed with the court on August 10, 2007. The court's own records reveal that on August 6, 2007, petitioner filed a petition containing virtually identical allegations against the same respondents. (No. Civ. S- 06-1604 GEB EFB P).[1] Petitioner has written to the court, explaining that the two actions are the same and asking the court to consolidate them. Due to the duplicative nature of the present action, the court will dismiss the petition.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
2  See Fed. R. Civ. P. 41(b).
3       These findings and recommendations are submitted to the District Judge assigned to
4  this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served
5  with these findings and recommendations, petitioner may file written objections with the court. The
6  document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
7  Petitioner is advised that failure to file objections within the specified time may waive the right to
8  appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9  DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2
gonz1648.123